**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| SURESH PERSAD, DANIEL G. WRIGHT and ROBERT S. DRUMMOND, individually and on behalf of all others similarly situated, | Civil Action No. 2:17-cv-12599-TGB-MKM<br><br>Hon. Terrence G. Berg<br><br>Magistrate Judge Mona K. Majzoub |
| Plaintiffs, | |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant. | |

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Settlement Agreement |
| 2 | Kessler Topaz Meltzer & Check, LLP Firm Resume |
| 3 | The Miller Law Firm Resume |

- 1 -