# EXHIBIT 3

# THE MILLER LAW FIRM

## A Professional Corporation

**950 W. University Dr., Ste. 300**
**Rochester, MI 48307**
**(248) 841-2200**

**www.millerlawpc.com**

# THE MILLER LAW FIRM, P.C. | FIRM RESUME

The Miller Law Firm, P.C. (the "Firm") is one of the premier litigation law firms in the United States and Michigan's leading financial class action firm. A recognized leader in the area of complex commercial litigation, the Firm is ranked Tier 1 in Detroit by *U.S. News-Best Lawyers* "Best Law Firms" for commercial litigation. Since the Firm's founding in 1994, the Firm has developed a national reputation for successfully prosecuting securities fraud and consumer class actions on behalf of its clients. As Lead Counsel or Co-Lead Counsel appointed by judges throughout the United States in some of the country's largest and most complex cases, the Firm has achieved over $3 billion in settlements, recoveries and/or verdicts on behalf of injured class members.

## Highlights of Results Obtained

2019
Carl Palazzolo, et al. Fiat Chrysler Automobiles N.V., et al.
(United States District Court, Eastern District of Michigan)
(Case No. 16-cv-12803) (Co-Lead Counsel)

Result: $14,750,000

Zimmerman v. Diplomat Pharmacy, Inc., et al.
(United States District Court, Eastern District of Michigan)
(Case No. 2:16-cv-14005) (Liaison Counsel)

Result: $14,100,000

2018
In re Freight Forwarders Antitrust Litigation
(United States District Court, Eastern District of New York)
(Case No. 08-cv-00042) (Counsel for Class Representative)

Result: $1 billion settlement amount

2017
Foster v. L3 Communications, EO Tech
(United States District Court, Western District of Missouri)
(Case No. 15-cv-03519) (Co-Lead Counsel)

Result: $51 million (100% recovery)

2016
In re Automotive Parts Antitrust Litigation
(United States District Court, Eastern District of Michigan)
(Case No. 12-md-02311) (Liaison Counsel)

Result: Over $1 billion in settlements

<u>GM Securities Class Action/New York Teachers Retirement System v. General Motors Company</u>
(United States District Court, Eastern District of Michigan)
(Case No. 4:14-cv-11191) (Local Counsel)

Result:   $300 million settlement

<u>ERISA Class Action/Davidson v. Henkel Corporation</u>
(United Sates District Court, Eastern District of Michigan)
(Case No. 12-cv-14103) (Lead Counsel)

Result: $3.35 million settlement (100% Recovery for 41 member class)

<u>Pat Cason-Merenda and Jeffrey A. Suhre v. VHS of Michigan, Inc., dba Detroit Medical Center (Antitrust)</u>
(United States District Court, Eastern District of Michigan)
(Case No. 2:06-cv-15601) (Special Trial Counsel)

Result:   $42 million settlement

2015    <u>In re AIG 2008 Securities Litigation</u>
(United States District Court, Southern District of New York)
(Case No. 08-cv-04772) (Co-Lead Counsel)

Result:   $970.5 million settlement

<u>City of Farmington Hills Employees Retirement System v. Wells Fargo Bank, N.A.</u>
(United States District Court, District of Minnesota)
(Case No. 10-cv-04372) (Co-Lead Counsel)

Result:   $62.5 million settlement approved

2014    <u>In re Refrigerant Compressors Antitrust Litigation</u>
(United States District Court, Eastern District of Michigan)
(Case No. 09-md-02042) (Interim Co-Lead)

Result:  $30,000,000 settlement

2013    <u>The Board of Trustees of the City of Birmingham Employees et. al. v. Comerica Bank et. al.</u>
(United States District Court, Eastern District of Michigan)
(Case No. 2:09-13201)  (Co-Lead Counsel)

Result: $11,000,000 settlement

          <u>In Re Caraco Pharmaceutical Laboratories, Ltd. Securities Litigation</u>
(United States District Court, Eastern District of Michigan)
(Case No. 2:09-cv-12830)  (Co-Lead Counsel for the Class)

Result:  $2,975,000 settlement

<u>General Retirement System of the City of Detroit and Police and Fire Retirement System of the City of Detroit vs. UBS Securities, LLC (Structured Investment Vehicle)</u>
(United States District Court, Eastern District of Michigan)
(Case No. 2:10-cv-13920) (Lead Counsel)

Result:    Confidential settlement

<u>In Re TechTeam Global Inc. Shareholder Litigation</u>
(Oakland County Circuit Court, State of Michigan)
(Case No. 10-114863-CB)  (Liaison Counsel)

Result: $1,775,000 settlement

2010        <u>Epstein, et al v. Heartland Industrial Partners, L.P., et al</u>
(United States District Court, Eastern District of Michigan)
(Case No. 2:06-CV-13555) (Substantial role)

Result: $12,262,500 settlement

<u>In Re Skilled Healthcare Group, Inc. Securities Litigation</u>
(United States District Court, Central District of California)
(Case No. 09-5416) (Substantial role)

Result: $3,000,000 settlement

2009        <u>In Re Proquest Company Securities Litigation</u>
(United States District Court, Eastern District of Michigan)
(Case No. 4:06-CV-11579) (Substantial role; argued Motion to Dismiss)

Result: $20,000,000 settlement

|      | |
|------|--|
|      | In Re Collins & Aikman Corporation Securities Litigation<br>(United States District Court, Eastern District Michigan)<br>(Case No. 03-CV-71173) (Substantial role)<br><br>Result:  $10,800,000 settlement<br><br>In re IT Group Securities Litigation<br>(United States District Court, Western District of Pennsylvania)<br>(Civil Action No. 03-288) (Co-Lead Counsel)<br><br>Result:  $3,400,000 settlement |
| 2008 | In re Mercury Interactive Securities Litigation<br>(United States District Court, Northern District of California)<br>(Civil Action No. 03:05-CV-3395-JF) (Substantial role)<br><br>Result:  $117,000,000 settlement<br><br>In Re General Motors Corporation Securities and Derivative Litigation<br>(United States District Court, Eastern District of Michigan)<br>(Master Case No. 06-MD-1749) (Co-Lead)<br><br>Status: Obtained major corporate governance reforms to address accounting deficiencies |
| 2007 | Wong v. T-Mobile USA, Inc.<br>(United States District Court, Eastern District of Michigan)<br>(Case No. 05-CV-73922) (Co-Lead)<br><br>Result:  Settlement for 100% of damages.<br><br>In re CMS Energy Corporation Securities Litigation<br>(United States District Court, Eastern District Michigan)<br>(Master File No. 2:02 CV 72004) (Substantial role)<br><br>Result:  $200,000,000 settlement |
| 2005 | In re Comerica Securities Fraud Litigation<br>(United States District Court, Eastern District of Michigan)<br>(Case No. 2:02-CV-60233) (Substantial role)<br><br>Result:  $21,000,000, divided between related cases at $15,000,000 and $6,000,000 |

|      |      |
|------|------|
|      | Street v. Siemens<br>(Philadelphia State Court)<br>(Case No. 03-885) (Co-Lead)<br><br>Result: $14,400,000, including 100% recovery for more than 1,000 workers wrongfully deprived of pay.<br><br>Redmer v. Tournament Players Club of Michigan<br>(Wayne County Circuit Court) (Case No. 02-224481-CK) (Co-Lead)<br><br>Result: $3,100,000 settlement |
| 2004 | Passucci v. Airtouch Communications, Inc.<br>(Wayne County Circuit Court) (Case No. 01-131048-CP) (Co-Lead)<br><br>Result: Estimated settlement valued between: $30,900,000 to $40,300,000.<br><br>Johnson v. National Western Life Insurance<br>(Oakland County Circuit Court)<br>(Case No. 01-032012-CP) (Substantial role)<br><br>Result: $10,700,000 settlement on behalf of nation-wide class of purchasers of annuities. |
| 2003 | Felts v. Starlight<br>(United States District Court, Eastern District Michigan)<br>(Case No. 01-71539) (Co-Lead)<br><br>Result: Starlight agrees to stop selling ephedrine as an ingredient in its weight loss dietary supplement product.<br><br>In re Lason Securities Litigation<br>(United States District Court, Eastern District Michigan)<br>(Case No. 99-CV-76079) (Co-Lead)<br><br>Result: $12,680,000 settlement |
| 2001 | Mario Gasperoni, et al v. Metabolife International, Inc.<br>(United States District Court, Eastern District Michigan)<br>(Case No. 00-71255) (Co-Lead)<br><br>Result: Nationwide settlement approved mandating changes in advertising and labeling on millions of bottles of dietary supplement, plus approximately $8,500,000 in benefits. |

| | |
|---|---|
| 1999 | <u>Pop v. Art Van Furniture and Alexander Hamilton Insurance Company</u><br>(Wayne County Circuit Court) (Case No. 97-722003-CP) (Co-Lead)<br><br>Result: Changes in sales practices and $9,000,000 in merchandise.<br><br><u>Schroff v Bombardier</u><br>(United States District Court, Eastern District Michigan)<br>(Case No. 99-70327) (Co-Lead)<br><br>Result:  Recall of more than 20,000 defective Seadoos throughout North America; repair of defect to reduce water ingestion problem; extended warranties; and approximately $4,000,000 in merchandise.<br><br><u>In re National Techteam Securities Litigation</u><br>(United States District Court, Eastern District Michigan)<br>(Master File No.  97-74587) (Substantial role)<br><br>Result:  $11,000,000 settlement<br><br><u>In Re F&M Distributors, Inc., Securities Litigation</u><br>(United States District Court, Eastern District Michigan)<br>(Case No. 95-CV-71778-DT) (Minor role)<br><br>Result:  $20,000,000 settlement |
| 1998 | <u>In Re Michigan National Corporation Securities Litigation</u><br>(United States District Court, Eastern District Michigan)<br>(Case No 95 CV 70647 DT) (Substantial role)<br><br>Result:  $13,300,000 settlement |
| 1995 | <u>In re Intel Pentium Processor Litigation</u><br>(Superior Court, Santa Clara County, California)<br>(Master File No. 745729) (Substantial role)<br><br>Result: Intel agreed to replace millions of defective Pentium chips on demand without any cost to consumers. |

# THE MILLER LAW FIRM
## Selected Attorney Resumes



| | ROCHESTER | DETROIT |
|---|---|---|
| | 950 W. UNIVERSITY DR. | 1001 WOODWARD AVE. |
| | SUITE 300 | SUITE 850 |
| 248-841-2200  |  WWW.MILLER.LAW | ROCHESTER, MI 48307 | DETROIT, MI 48226 |

## E. POWELL MILLER, PARTNER



✉ EPM@millerlawpc.com

Powell Miller has been recognized as Michigan's number one ranked attorney by Super Lawyers Magazine for 2020.  He has also been named one of the Top 10 lawyers in Michigan for twelve consecutive years, from 2009-2020, by Super Lawyers Magazine, and in 2010, 2015, 2019, and 2020 he was the recipient of the Best Lawyers – Lawyer of the Year in the category of Bet-The-Company Litigation. In 2017, Mr. Miller was the recipient of the Judge Friedman and Cook Civility Award, which is awarded to only one lawyer each year. He has been named as one of the Best Lawyers in America every year since 2005. Mr. Miller has earned Martindale-Hubbell's highest rating, AV® Preeminent™ 5/5.0 for legal ethics and ability and a 10/10 from AVVO a public rating system. Mr. Miller is also ranked as only one of nine in Michigan to receive the highest Band 1 rating by Chambers USA, describing Mr. Miller as a "Superb trial lawyer" who "routinely acts for high-profile clients based across the [United] states."

Mr. Miller focuses his practice on all aspects of litigation. He has been retained by many Fortune 500 and other clients to represent them in litigation throughout the United States, including in Michigan, New York, New Jersey, Pennsylvania, Arkansas, Florida, Texas, Kentucky, Ohio, California, Colorado, Indiana, and Illinois.

Mr. Miller recently won an arbitration against Jimmy Johns in the amount of $4.8 million including a $1 million attorney fee award. He has never lost a trial, including verdicts in excess of $5 million, $10 million and $23 million.  Mr. Miller has also obtained in excess of $3 billion in settlements. These settlements are regularly among the top ten in Michigan each year, including a high-profile verdict in May, 2016 for 100% liability.

In October, 2019 Mr. Miller defended a consumer goods manufacturer against Plaintiffs asserting complex price discrimination and antitrust claims, and alleging millions of dollars in damages. Following a 3-week trial and seven hours of deliberations, a California jury returned a unanimous verdict in favor of his client, rejecting all of Plaintiffs' claims.

Mr. Miller has previously served as Co-President of the Detroit Chapter of the Federal Bar Association Antitrust and Securities Committees. He also serves on the Executive Committee for the Wayne State University Law School Board of Visitors and has served a Co-Chair of the American Bar Association Procedures Subcommittee on class actions and multi-district litigation.  He lectures regularly on securities litigation at the University of Michigan School of Law.  He has also served as an Adjunct Professor at the University of Detroit Law School teaching trial practice. In addition, Mr. Miller regularly speaks at continuing legal education seminars on securities fraud class actions. Mr. Miller also serves as a Master member of The Oakland County Bar Association Inns of Court.

Mr. Miller graduated third in his class from Wayne State University Law School, magna cum laude, in 1986. He was named to the honor society, Order of the Coif and he was an Editor of the Wayne Law Review. In 1986, Mr. Miller joined the Detroit law firm of Honigman Miller Schwartz and Cohn, where he was elected partner in 1990. In 1994, he formed his own firm.



Mr. Miller has been recognized as a top debater in the United States. He won first place at the Harvard University National Debate Tournament as a freshman at Georgetown University. He also represented Georgetown in a special international debating exhibition against the Oxford Debating Union of Great Britain.

Mr. Miller is a proud supporter of the Detroit Urban Debate League, a nonprofit that supports the creation of debate programs in under-served high schools; the University of Detroit Jesuit High School and Academy; The Joe Niekro Foundation, which is committed to aiding in the research and treatment of aneurysm patients and families; and Charlotte's Wings, a nonprofit that is dedicated to supporting ailing children in Southeast Michigan through donations of new books to the children and their families in hospital and hospice care.

**EDUCATION:**

**UNIVERSITY OF DETROIT JESUIT HIGH SCHOOL, 1979**

**GEORGETOWN UNIVERSITY, B.A., 1983**

**WAYNE STATE UNIVERISTY LAW SCHOOL, J.D., 1986**



# THE **MILLER** LAW FIRM

A PROFESSIONAL CORPORATION

WWW.MILLER.LAW
950 WEST UNIVERSITY DR. SUITE 300
ROCHESTER, MI 48307
248-841-2200














THE **MILLER** LAW FIRM
A PROFESSIONAL CORPORATION

WWW.MILLER.LAW
950 WEST UNIVERSITY DR. SUITE 300
ROCHESTER, MI 48307
248-841-2200



# SHARON S. ALMONRODE, PARTNER
✉ SSA@millerlawpc.com

Sharon S. Almonrode is a partner at The Miller Law Firm, where she is also the Chair of the Firm's Class Action and Multi-District Litigation Department.. She has a complex litigation practice with an emphasis on prosecuting large, high-risk, significant damage exposure cases on behalf of clients. Her practice includes ERISA and pension fund litigation, breach of fiduciary duty, consumer products and commercial litigation. She has represented commercial clients in products liability and patent and trademark related litigation. She has successfully represented clients in multi-million dollar cases, including the successful resolution of an actuarial claim for $110 million dollars.

Ms. Almonrode was appointed to the Plaintiffs' Steering Committee in ongoing litigation against Mylan Pharmaceuticals and other drug companies regarding their anti-competitive conduct in the sale of EpiPen epinephrine auto-injectors, resulting in a monopoly that has made them billions of dollars at the expense of consumers and third party payors. *See In Re: Epipen (Epinephrine Injection, UPS) Marketing, Sales Practices and Antitrust Litigation,* No. 17-md-02785 (D.Kan.). Ms. Almonrode also served as co-lead counsel in *In Re: Foster v. L3 Communications, EO Tech*, No. 15-cv-03519 (E.Mich.) which settled in excess of $51 million, as well as co-lead counsel in the ERISA class action *Davidson v. Henkel Corporation*, No. 12-cv-14103 (E.Mich.) which settled for $3.35 million, resulting in a 100% recovery for the class.

In 2010, she received the special distinction of Michigan Leader in the Law, awarded by *Michigan Lawyers' Weekly*. For the past ten years, Ms. Almonrode has been named a Super Lawyer. For the past eight years, she has been named one of the top 50 Women Super Lawyers in the State of Michigan (out of approximately 11,000 women practicing in the state). For the past seven years, she has been named one of the top 100 Lawyers in Michigan (out of 34,204 lawyers in the state). She was named one of the top five Consumer Lawyers in the State of Michigan for 2016. Ms. Almonrode was named among the most notable women lawyers in Michigan by *Crain's Detroit Business* for 2017. Recently, she was admitted to the inaugural class of the Michigan Lawyers' Weekly Hall of Fame. She has earned Martindale-Hubbell's highest rating, AV®Preeminent™ 5/5.0 for legal ethics and ability.

Ms. Almonrode was admitted to practice in the State of Michigan in 1982. She is also admitted to practice in the U.S. District Court Eastern District of Michigan, U.S. District Court Western District of Michigan, U.S. Bankruptcy Court Eastern District of Michigan, U.S. Bankruptcy Court Western District of Michigan, U.S. District Court – Northern District of Illinois, U.S. Court of Appeals 6th Circuit, the State of New York, the U.S. District Court for Southern District of New York, the U.S. District Court for the Eastern District of New York, the U.S. Court of Appeals 2nd Circuit, and the U.S. Supreme Court.

Before joining The Miller Law Firm, P.C. in 2012, Ms. Almonrode was a Partner at Sullivan, Ward, Asher & Patton, P.C., and Supervisor-Salaried Personnel at General Motors Corp.

Ms. Almonrode's pro bono activities have included working with the Detroit Institute of Arts and the Detroit Film Theatre Board.

**Oakland University, B.S., 1978**

**University of Detroit Mercy School of Law, J.D. 1981**

THE **MILLER** LAW FIRM
A PROFESSIONAL CORPORATION

WWW.MILLER.LAW
950 WEST UNIVERSITY DR. SUITE 300
ROCHESTER, MI 48307
248-841-2200



# EMILY E. HUGHES, PARTNER
✉ EEH@millerlawpc.com

Emily E. Hughes is a partner at The Miller Law Firm. Ms. Hughes concentrates her practice in consumer class actions, complex commercial litigation, bankruptcy adversary proceedings, and ERISA litigation.

Ms. Hughes routinely litigates complex class actions, as well as commercial disputes, including cases involving breach of non-competition and non-solicitation agreements, shareholder oppression, fraudulent transfer claims, and intellectual property disputes involving royalties. Ms. Hughes has defended against U.S. Securities and Exchange Commission investigations and an enforcement action.

In 2015, Ms. Hughes was a member of the litigation team which obtained summary judgment on liability on behalf of a certified class of retirees for claims brought under the civil enforcement provisions of ERISA, which resulted in a $3.35 million settlement representing 100% recovery for the class. *See Davidson v. Henkel Corp.*, No. 12-cv-14103 (E.D. Mich.).

Ms. Hughes has been recognized as a "Rising Star" in Michigan Super Lawyers in the area of General Litigation for 2010-2014.

Ms. Hughes graduated cum laude from the University of Illinois College of Law in 2005, where she was nominated for the Rickert Award for Excellence in Trial Advocacy. She began her law school career at Syracuse University College of Law, where she received an award for Best Oralist in Appellate Advocacy. Ms. Hughes received her Bachelor of Arts Degree in Political Science from the University of Michigan in 2001.

Prior to joining The Miller Law Firm, Ms. Hughes served as in-house counsel for a large labor organization from 2005 until 2007, where she conducted numerous arbitrations, handled matters involving the National Labor Relations Board, and conducted several training seminars on a variety of labor-management issues.

Ms. Hughes is admitted to practice in Michigan and the U.S. District Court of the Eastern District of Michigan.

**University of Michigan, B.A., 2001**

**University of Illinois College of Law, J.D., 2005,** *cum laude*

THE **MILLER** LAW FIRM
A PROFESSIONAL CORPORATION

WWW.MILLER.LAW
950 WEST UNIVERSITY DR. SUITE 300
ROCHESTER, MI 48307
248-841-2200



## DENNIS A. LIENHARDT, ASSOCIATE
✉ DAL@millerlawpc.com

Dennis A. Lienhardt is an Associate at The Miller Law Firm. He concentrates his practice on complex commercial and class action litigation.

Mr. Lienhardt received his law degree from Wayne State University Law School in 2016, where he received the Dean's scholarship, the Bruce A. Miller endowed scholarship, and the Jason L. Honigman scholarship. While in law school, he served as the Editor-in-Chief of the *Wayne Law* Review and had his Note, "The Electoral College: An Analysis of Reform Proposals Through the Lens of Past Presidential Elections," chosen for publication. Mr. Lienhardt also received special accolades for his oral advocacy skills in Moot Court, including being chosen to represent Wayne Law at the Tulane Sports Law Moot Court Invitational in New Orleans. He was a student attorney in the Criminal Appellate Practice Clinic and represented his classmates on the Student Board of Governors. He received the Bronze Key Certificate for academic achievement and the "Best Contract in First-Year Legal Writing" award. In an effort to gain experience before graduating law school, Mr. Lienhardt participated in multiple internships and clerkships with firms and institutions throughout Metro Detroit, including an internship in the Homicide Unit of the Wayne County Prosecutor's Office.

Mr. Lienhardt received a Bachelor of Arts degree in Political Science and Criminal Justice from the University of Michigan – Dearborn. During this time there, he was recognized as a "UM-Dearborn Difference Maker," a "UM-Dearborn Distinguished Student Leader," and was elected student body president. In addition to the responsibilities that came with serving as student body president, Mr. Lienhardt, in conjunction with the university administration, established the first ever "Student Judiciary" on campus to rule on violations of the student code of conduct.

Mr. Lienhardt was admitted to practice in the State of Michigan in 2016. He is also admitted to practice in the U.S. District Court for the Eastern District of Michigan and the Second Circuit Court of Appeals.

**University of Michigan-Dearborn, B.A., 2013**

**Wayne State University Law School, J.D., 2016**

T̲h̲e̲ **M̲i̲l̲l̲e̲r̲** L̲a̲w̲ F̲i̲r̲m̲
A P̲r̲o̲f̲e̲s̲s̲i̲o̲n̲a̲l̲ C̲o̲r̲p̲o̲r̲a̲t̲i̲o̲n̲

w̲w̲w̲.M̲i̲l̲l̲e̲r̲.l̲a̲w̲
950 W̲e̲s̲t̲ U̲n̲i̲v̲e̲r̲s̲i̲t̲y̲ D̲r̲. S̲u̲i̲t̲e̲ 300
R̲o̲c̲h̲e̲s̲t̲e̲r̲, MI 48307
248-841-2200



# WILLIAM KALAS, ASSOCIATE
✉ WK@MillerLawPC.com

William Kalas is an associate at The Miller Law Firm. His practice currently focuses on complex commercial and class action litigation.

Mr. Kalas received his law degree from The University of Chicago in 2017. While in law school, he served as a judicial intern for the Honorable George Caram Steeh at the United States District Court for the Eastern District of Michigan. In addition, he was also a member of the Law School's Corporate Lab, where he had gained legal experience working with large commercial enterprises.

Mr. Kalas received his Bachelor of Arts degree in Philosophy from Oakland University in 2014, graduating *magna cum laude*. While at Oakland, he competed with the University's ethics debate team, qualifying for a national championship. He was also selected as an Oakland University Business Scholar.

Mr. Kalas was admitted to practice in the State of Michigan in 2017. He is also admitted to practice in the U.S. District Court for the Eastern District of Michigan and the U.S. District Court for the Western District of Michigan.

**Oakland University. B.A., 2014**

**University of Chicago Law School, J.D., 2017**