# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SURESH PERSAD, DANIEL G. WRIGHT and ROBERT S. DRUMMOND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Civil Action No. 2:17-cv-12599-TGB-MKM<br><br>Hon. Terrence G. Berg<br><br>Magistrate Judge Mona K. Majzoub |

## STIPULATED ORDER FOR EXTENSION TO FILE SUPPLEMENT IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

Plaintiffs Suresh Persad, Daniel Wright, and Robert Drummond ("Plaintiffs"), and Defendant Ford Motor Company ("Ford"), by and through their undersigned attorneys, hereby stipulate and request an extension of the deadline to file a supplement to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Motion").

On January 11, 2021 the Court requested supplemental submissions in support of the Motion and set a deadline of January 25, 2021. The Parties are continuing to confer regarding the supplemental submissions and thus request a fourteen day extension of the deadline, until February 8, 2021.

- 1 -

- 2 -

**IT IS HERBY ORDERED** that the deadline for the supplemental filing shall be extended to February 8, 2021.

**IT IS SO ORDERED.**

Dated:  January 26, 2021 By:/s/Terrence G. Berg_____
Judge Terrence G. Berg
United States District Judge

Dated: January 25, 2021

Approved as to form and content and respectfully submitted by:

| **KESSLER TOPAZ<br>MELTZER & CHECK, LLP** | **DYKEMA GOSSETT PLLC** |
|---|---|
| */s/ Ethan J. Barlieb*<br>Joseph H. Meltzer<br>Ethan J. Barlieb<br>Natalie Lesser<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: (610) 667-7706<br>jmeltzer@ktmc.com<br>ebarlieb@ktmc.com<br>nlesser@ktmc.com | */s/ David M. George*<br>David M. George (P68812)<br>2723 South State Street, Suite 400<br>Ann Arbor, MI 48104<br>Tel: (734) 214-7673<br>dgeorge@dykema.com |
| **THE MILLER LAW FIRM, P.C.**<br>E. Powell Miller (P39487)<br>Sharon S. Almonrode (P33938)<br>William Kalas (P82113)<br>950 West University Drive, Suite 300<br>Rochester, MI 48307<br>Tel: (248) 841-2200<br>epm@millerlawpc.com<br>ssa@millerlawpc.com<br>wk@millerlawpc.com | **DLA PIPER LLP**<br>Joel A. Dewey<br>Jeffrey M. Yeatman<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, Maryland 21209<br>Tel: (410) 580-4135<br>joel.dewey@dlapiper.com<br>jeffrey.yeatman@dlapiper.com<br><br>*Attorneys for Defendant Ford Motor Company* |
| *Attorneys for Plaintiffs and the Proposed Classes* | |

## CERTIFICATE OF SERVICE

I hereby certify that, on January 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system and served all counsel of record by email.

*/s/ Ethan J. Barlieb*
Ethan J. Barlieb
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
ebarlieb@ktmc.com
