UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **SURESH PERSAD, DANIEL G. WRIGHT, AND ROBERT S. DRUMMOND**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**FORD MOTOR COMPANY**,<br><br>Defendant. | 2:17-cv-12599-TGB-MKM<br><br>**JUDGMENT**<br><br>HON. TERRENCE G. BERG |

In accordance with the opinion and order issued on this date, granting Plaintiff's Motion for Final Approval of Class Action Settlement (ECF No. 93);

It is **ORDERED AND ADJUDGED** that the case be **DISMISSED** with prejudice and without costs.

Dated at Detroit, Michigan:  December 30, 2021.

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE